THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL L. CAMPBELL, Appellant. [891 NYS2d 291]—

Since the defendant pleaded guilty with the understanding that he would receive the sentence which was thereafter actually imposed, he has no basis to now complain that his sentence was excessive (*see People v Cash*, 63 AD3d 1177 [2009]; *People v Domin*, 13 AD3d 391 [2004]; *People v Kazepis*, 101 AD2d 816, 817 [1984]). Fisher, J.P., Santucci, Dickerson, Chambers and Lott, JJ., concur.